UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>DAVID M. STEPHENS and DOES 1-10,<br><br>          Defendants. | CIV-F-06-0286 AWI DLB<br><br>ORDER VACATING HEARING DATE OF MAY 1, 2006 AND TAKING MATTER UNDER SUBMISSION |

    On March 30, 2006, Defendant David Stephens noticed for hearing and decision a motion to dismiss the suit for lack of personal jurisdiction.  The matter was scheduled for oral argument on May 1, 2006.  Plaintiff Span Engineering has filed a timely opposition and Defendant has filed a timely reply.  The court has reviewed the papers and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 1, 2006,  is VACATED, and no party shall appear at that time.  The matter is taken under submission.

IT IS SO ORDERED.

Dated:   April 28, 2006                    /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE