DANIEL J. TEKUNOFF - 160331
DIETRICH, GLASRUD, MALLEK & AUNE
An Association Including Law Corporations
5250 North Palm Avenue, Suite 402
Fresno, California 93704
Telephone: (559) 435-5250
Facsimile: (559) 435-8776

Attorneys for Defendant David M. Stephens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC., a California corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>DAVID M. STEPHENS and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO.  1:06-cv-00286-AWI-DLB<br><br>**STIPULATION TO STAY PROCEEDING PENDING RESOLUTION OF ARBITRATION AND/OR RELATED JUDICIAL PROCEEDING; ORDER THEREON**<br><br>Case Filed:  January 20, 2006 |

**RECITALS**

Plaintiff Span Construction & Engineering, Inc. ("Span"), filed its complaint in this proceeding on January 20, 2006.  Among other things, the complaint seeks indemnity and damages in the event that Span is found liable in an arbitration and/or related judicial proceeding currently pending in the State of New Jersey involving Span, A.C. Dellovade, Inc., Kajima Construction Services, Inc., and King Erectors, Inc.

The parties to the instant proceeding presently believe it will serve the interests of judicial economy to allow the issues pending in the New Jersey arbitration and/or related judicial proceeding to be resolved before the parties to the instant proceeding incur further attorneys' fees and expenses in the instant proceeding.  The parties presently anticipate that the resolution of the

1  New Jersey arbitration and/or related judicial proceeding will be relevant to the scope and extent of
2  relief that Span will seek in this action.
3       Therefore, the parties STIPULATE and AGREE as follows.

**STIPULATION.**

IT IS HEREBY STIPULATED AND AGREED between plaintiff Span Construction & Engineering, Inc., and defendant David M. Stephens, by and through their respective attorneys of record, that the instant proceeding be STAYED pending resolution of the arbitration and/or related judicial proceedings in the State of New Jersey referenced hereinabove, including David M. Stephens ("Stephens"), pending obligation to file an answer to the complaint herein, subject to Span's right at any time upon 20 days' written notice to counsel for Stephens to require Stephens to file an answer and proceed with this litigation.

In light of this stipulation, the parties also STIPULATE and AGREE that the scheduling conference currently scheduled for August 24, 2006, at 9:15 a.m. in Courtroom 9, be vacated , to be reset as follows:

1.  After resolution of the New Jersey arbitration and/or related judicial proceeding, which resolution shall be evidenced by a certified copy of a final confirmed arbitration award on all issues, a final arbitration award on all issues if not required to be confirmed, or a final judgment on all issues in the related judicial proceeding, or

2.  Following Span's filing and service at any time of a notice to counsel for Stephens to file an answer and proceed with the litigation.

DATED: July   26  , 2006.

          DOWLING, AARON & KEELER, INC.


BY:  /s/ Daniel O. Jamison
    DANIEL O. JAMISON,
    Attorneys for Plaintiff Span Construction & Engineering, Inc.

*(Signatures continued and Order on page 3.)*

2

DATED: July   26  , 2006.

DIETRICH, GLASRUD, MALLEK & AUNE

BY:  /s/ Daniel J. Tekunoff
    DANIEL J. TEKUNOFF,
    Attorneys for Defendant David M. Stephens

**O R D E R**

Based on the above stipulation and good cause appearing,

IT IS ORDERED that this action be STAYED, and the scheduling conference set for August 24, 2006, be VACATED, pending (1) documentation as set forth above of the outcome of the New Jersey arbitration and/or related judicial proceeding, or (2) Span's filing and service of a notice to counsel for Stephens to file his answer and proceed with this litigation.

IT IS SO ORDERED.

**Dated:   July 28, 2006**           **/s/ Anthony W. Ishii**
0m8i78                       UNITED STATES DISTRICT JUDGE

3

STIP. TO STAY PROCEEDING PENDING RESOLUTION OF ARB. AND/OR RELATED JUD. PROCEEDING; ORDER