# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAN CONSTRUCTION ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID M. STEPHENS, <br><br> Defendant. | 1:06cv0286 LJO DLB <br><br> **ORDER SETTING MANDATORY SCHEDULING CONFERENCE** <br><br> DATE: December 18, 2008 <br> TIME: 8:45 a.m. <br> COURTROOM: 9 (Sixth Floor) <br><br> Dennis L. Beck <br> U.S. Magistrate Judge |

Plaintiff filed the instant action on March 13, 2006. The action was stayed pending arbitration, but it now appears that the parties are ready to proceed with litigation.

Accordingly, pursuant to Federal Rule of Civil Procedure 16, the parties are ordered to appear for a mandatory scheduling conference before United States Magistrate Judge Dennis L. Beck, at the above date and time.

A Joint Scheduling Report shall be electronically filed one week prior to the scheduling conference and shall be e-mailed in WordPerfect or Word format, to dlborders@caed.uscourts.gov. The parties should refer to the March 14, 2006, order setting the initial scheduling conference for further information.

IT IS SO ORDERED.

Dated:   **November 15, 2008**          /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1