1  BRUCE A. OWDOM - 077670
   PETER G. FASHING - 195756
2  DIETRICH, GLASRUD, MALLEK & AUNE
   An Association Including Law Corporations
3  5250 North Palm Avenue, Suite 402
   Fresno, California 93704
4  Telephone: (559) 435-5250
   Facsimile: (559) 435-8776
5  Email: bao@dgmalaw.com
   Email: pgf@dgmalaw.com
6
   Attorneys for Defendant and Counterclaimant David M. Stephens
7

8                       UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA (FRESNO)

10

11  SPAN CONSTRUCTION &              ) CASE NO.  1:06-cv-00286-AWI-DLB
    ENGINEERING, INC., a California  )
12  corporation,                     )
                                     )
13          Plaintiff,                )
                                     ) **STIPULATION TO EXTEND INITIAL**
14       v.                          ) **DISCLOSURES UNDER RULE**
                                     ) **26(a)(1)(C); ORDER**
15  DAVID M. STEPHENS and DOES 1-10, )
    inclusive,                       ) [Jury Trial Demanded]
16                                   )
17          Defendants.              )
                                     )
18  AND RELATED COUNTERCLAIM.        )
                                     ) Case Filed: January 20, 2006
19                                   )

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1
STIPULATION TO EXTEND INITIAL DISCLOSURES UNDER RULE 26(a)(1)(C); ORDER

Plaintiff and counterdefendant Span Construction & Engineering, Inc. and defendant and counterclaimant David M. Stephens, by their respective attorneys of record, stipulate that the parties have until January 16, 2009, to make the initial disclosures required by Rule 26.

DATED: December __5__, 2008.

        LAW OFFICES OF GREGORY M. SMITH

BY: /s/ Gregory M. Smith
    GREGORY M. SMITH,
    Attorneys for Plaintiff and Counterdefendant
    Span Construction & Engineering, Inc.

DATED: December __5__, 2008.

        DIETRICH, GLASRUD, MALLEK & AUNE

BY: /s/ Bruce A. Owdom
    BRUCE A. OWDOM
    PETER G. FASHING
    Attorneys for Defendant and
    Counterclaimant David M. Stephens

## **O R D E R**

IT IS SO ORDERED.

**Dated: December 9, 2008**        **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND INITIAL DISCLOSURES UNDER RULE 26(a)(1)(C); ORDER