1 GREGORY J. SMITH (124127)
THE LAW OFFICE OF GREGORY J. SMITH
2 A PROFESSIONAL CORPORATION
516 West Shaw Avenue, Suite 200
3 Fresno, California 93704
Telephone: (559) 221-5100
4 Facsimile No: (559) 221-5126

5 Attorneys for Plaintiff and Counterdefendant
SPAN CONSTRUCTION & ENGINEERING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. STEPHENS and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>DAVID M. STEPHENS,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>SPAN CONSTRUCTION & ENGINEERING, INC.,<br><br>　　　　Counterdefendant. | CASE NO. 1:06-CV-00286-LJO DLB<br><br>**JUDGMENT AGAINST DAVID STEPHENS IN FAVOR OF SPAN CONSTRUCTION & ENGINEERING, INC.** |

///

///

///

JUDGMENT AGAINST DAVID STEPHENS IN FAVOR OF SPAN CONSTRUCTION & ENGINEERING, INC.

Pursuant to the stipulation of the parties, Judgment shall be entered against David Stephens and in favor of Span Construction & Engineering, Inc., in the amount of One Hundred Thousand Dollars ($100,000.00).

Date: March 10, 2009          By: /s/ Gregory J. Smith
                                   GREGORY J. SMITH
                                   THE LAW OFFICE OF GREGORY J. SMITH
                                   a Professional Corporation
                                   Attorneys for Plaintiff and Counterdefendant
                                   SPAN CONSTRUCTION &
                                   ENGINEERING, INC.

Date: March 10, 2009          By: /s/ Bruce A. Owdom
                                   BRUCE A. OWDOM
                                   DIETRICH, GLASRUD, MALLEK & AUNE
                                   An Association Including Law Corporations
                                   Attorneys for Defendant and Counterclaimant
                                   DAVID STEPHENS

Pursuant to the stipulation of the parties, Judgment is hereby entered against David Stephens and in favor of Span Construction & Engineering, Inc., in the amount of One Hundred Thousand Dollars ($100,000.00).

IT IS SO ORDERED.

**Dated:   March 13, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE